UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MARTIN,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES HOLDING, INC., et al.,<br><br>      Defendants. | Case No.  25-cv-10843-AGT<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff has yet to serve Defendants with process and more than 90 days have passed since Plaintiff filed the complaint. By April 6, 2026, Plaintiff must show cause for why the Court shouldn't dismiss the case without prejudice for failure to timely effect service. *See* Fed. R. Civ. P. 4(m).

The initial case management conference is rescheduled to May 22, 2026.

**IT IS SO ORDERED.**

Dated: March 30, 2026

Alex G. Tse
United States Magistrate Judge